**No. 58779.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 195184–K, etc. (New York).

Opinion by Ford, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of doilies the same in all material respects as those the subject of Abstract 58520, the claim of the plaintiffs was sustained.

Before the Third Division, February 17, 1955

**No. 58780.**—Canada Dry Ginger Ale, Inc. *v.* United States, protests 201992–K, etc. (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58781.**—Chelsea Lamp & Shade Co., Inc., et al. *v.* United States, protests 230249–K, etc. (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 58782.**—Heimlich Brothers, Inc. *v.* United States, protest 232754–K (New York).

Opinion by Johnson, J.  When the case was called for trial, there was no appearance on behalf of the plaintiff.  An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American merchandise, the protest was overruled.  *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976) followed.